UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JONATHAN L. WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:05-0457 |
| | ) Judge Echols |
| | ) |
| CHRISTOPHER TAYLOR et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter is before the Court on a Report and Recommendation (R & R) (Docket Entry No. 60) in which the Magistrate Judge recommends granting in part and denying in part Plaintiff's Motion for Leave to File an Amended Complaint (Docket Entry No. 50). The R & R was issued on August 18, 2006, and the parties have filed no objections thereto, even though they were informed in the R & R that any objections needed to be filed within ten (10) days (Docket Entry No. 60 at 11).

Where, as here, no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions." Fed.R.Civ.P. 72(b).

This is an action under 42 U.S.C. § 1983 relating to pro se Plaintiff's alleged mistreatment by guards while housed at the Riverbend Maximum Security Institution in Nashville, Tennessee. In his proposed Amended Complaint, Plaintiff seeks to add a claim that his rights under the Equal Protection Clause of the Fourteenth

1

Amendment were violated, along with negligence claims under state law and 42 U.S.C. § 1983. The Magistrate Judge recommends that the Motion for Leave to File an Amended Complaint be granted, except insofar as Plaintiff seeks to base a claim based on negligence under 42 U.S.C. § 1983.

Having review the record, and in particular Plaintiff's proposed Amended Complaint and the R & R, as well as the applicable law, the Court concurs in the Magistrate Judge's Recommendation. Accordingly, the R & R (Docket Entry No. 60) is hereby ACCEPTED. Plaintiff's Motion for Leave to file an Amended Complaint (Docket Entry No. 50) is hereby GRANTED IN PART and DENIED IN PART. Plaintiff shall be allowed to pursue the claims he asserts in his Amended Complaint (which has been already docketed in combination with the pending Motion), except to the extent he is alleging a negligence claim under 42 U.S.C. § 1983.

This case is hereby returned to the Magistrate for further proceedings consistent with Local Rule 16.01 to ensure that this case is ready for trial set for **Tuesday, February 20, 2007, at 9:00 a.m.** and the pretrial conference set for **Monday, January 29, 2007, at 2:30 p.m.** (Docket Entry No. 3).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE