UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JONATHAN L. WOODS | ) |
| | ) |
| v. | ) Case No. 3:05-0457 |
| | ) Judge Echols |
| | ) |
| CHRISTOPHER TAYLOR, et al. | ) |

**O R D E R**

Pending before the Court is Plaintiff's Motion to Dismiss Defendant Quenton White (Docket Entry No. 104), to which Magistrate Judge Knowles issued a Report and Recommendation recommending granting the motion and dismissing Defendant White. (Docket Entry No. 108).

The Report and Recommendation is hereby ADOPTED and APPROVED. The motion is GRANTED and plaintiff's claims against Defendant Quenton White are DISMISSED with prejudice.

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE